**No. 66740.**—National Silver Co. *v.* United States, protest 58/25865 (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of electric vacuum brushes similar in all material respects to those the subject of Abstract 65747, the claim of the plaintiff was sustained.